23248

L.N. COOK, Jr., Petitioner v. Fletcher ELLER, Pearl Eller, Leroy Hurley, J.R. Hurley, and Margaret C. Hurley, Respondents.

(394 S.E. (2d) 327)

Supreme Court

Appeal from Laurens County; Thomas L. Hughston, Judge.

*J. Michael Turner,* Laurens, *for petitioner.*

*Thomas B. Brissey,* Greenville, *for respondents.*

Heard June 4, 1990.

Decided July 23, 1990.

*Per Curiam:*

We granted certiorari to review the Court of Appeals' decision reported at 298 S.C. 395, 380 S.E. (2d) 853 (Ct. App. 1989). We now dismiss the writ as improvidently granted.

Dismissed.